# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES MARTIN REESE,
                Appellant,

vs.

VANESSA WRIGHT,
                Respondent.

No. 71549

**FILED**

DEC 16 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for additional discovery and a motion for an order to issue a subpoena. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion for discovery or a motion to issue a subpoena. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Pickering

_____, J.
Stiglich

16-39215

cc: Hon. Mark R. Denton, District Judge
James Martin Reese
Vanessa Wright
Eighth District Court Clerk